UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CAUSE NO. 1:18-mj-00198 |
| ZACHARY BALLINGER, | ) ) ) |
| Defendant. | ) ) |

ORDER

This matter is before the Court on the motion of the United States to conduct an Initial Appearance and a Competency Hearing.

Having reviewed the motion, the Court finds that the Government's Motion should be

_____   GRANTED.  The matter is now set for an Initial Hearing to occur at Eskenazi Hospital on _____ day of March, 2018 at _____ o'clock \_\_M.

_____   DENIED.

_____   OTHER:

_____

_____

_____

IT IS SO ORDERED.

DATE: _____

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel via electronic notification.

Kristina Korobov, United States Attorney's Office
Michael Donahoe, Federal Community Defender's Agency
United States Probation Office