UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CAUSE NO. 1:18-mj-0198 |
| | ) | |
| ZACHARY BALLINGER, | ) | - 01 |
| Defendant. | ) | |

**COURTROOM MINUTE FOR MARCH 16, 2018**
<u>**HONORABLE MARK J. DINSMORE, MAGISTRATE JUDGE**</u>

The parties appeared for an initial appearance on the Complaint filed on March 2, 2018. Defendant appeared in person and by FCD counsel Michael Donahoe. Government represented by AUSA Kristina Korobov. USPO represented by Danieka Thompkins.

Government orally moved to unseal this cause of action and the same granted.

Financial affidavit approved. Counsel appointed.

Charges, rights and penalties were reviewed and explained. Defendant waived reading of the Complaint.

Defendant orally waived his right to a preliminary hearing in open court and probable cause was found.

Government orally moved for pretrial detention and a hearing was scheduled. Detention hearing set for **March 21, 2018 at 9:00 a.m. in courtroom 270**.

Defendant remanded to the custody of the U.S. Marshal pending further proceedings before the Court.

Date: 16 MAR 2018

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

all ECF-registered counsel of record via email generated by the court's ECF system