# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana



United States of America
v.

ZACHARY BALLINGER
*Defendant*

Case No. 1:18-mj-00198

**FILED**
MAR 1 6 2018
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Zachary Ballinger,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☒ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:
On or between January, 2018 and February 28, 2018, in Johnson County, in the Southern District of Indiana, and elsewhere Zachary Ballinger committed the following criminal offenses:
  Count 1: Sexual Exploitation of a Minor, in violation of 18 U.S.C. § 2251(a);
  Count 2: Distribution of a Visual Depiction of a Minor Engaging in Sexually Explicit Conduct, in violation of 18 U.S.C. § 2252(a)(2);
  Count 3: Possession of a Visual Depiction of a Minor Engaging in Sexually Explicit Conduct, in violation of 18 U.S.C. § 2252(a)(4)(B) and (b)(2).

Date: March 2, 2018

*Issuing officer's signature*

City and state: Indianapolis, IN

Debra McVicker Lynch, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 3/2/18, and the person was arrested on *(date)* 3/11/18
at *(city and state)*

Date: 3/16/18

*Arresting officer's signature*

J. Rodriguez
*Printed name and title*